# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES N. BELSSNER,
                    Appellant,

vs.

LINDEN GITTINGS,
                    Respondent.

No. 81953

FILED

NOV 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order striking and dismissing appellant's successive complaints. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties, and the district court did not certify its order as final pursuant to NRCP 54(b). *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *KDI Sylvan Pools v. Workman*, 107 Nev. 340, 810 P.2d 1217 (1991); *Rae v. All American Life & Cas. Co.*, 95 Nev. 920, 605 P.2d 196 (1979). Specifically, according to the district court order appealed from and the docket entries, the court struck two successive "complaints," a short trial has been set for March 13, 2021, and a motion for summary judgment remains pending. Appellant may appeal from a final judgment adjudicating

the claims of all parties. NRAP 4(a). This court lacks jurisdiction at this time and therefore

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. David M. Jones, District Judge
       Charles N. Belssner
       Law Offices of Eric R. Larsen
       Eighth District Court Clerk

---

[1]Appellant's "Extension," filed November 6, 2020, is denied as moot.